IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MIA TUCKER                                                                      PLAINTIFF

V.                                                      NO. 3:26-CV-24-DMB-JMV

KEVIN MCCLANAHAN                                      DEFENDANT

### ORDER

On February 18, 2026, United States Magistrate Judge Jane M. Virden issued a report ("R&R") recommending that Mia Tucker's complaint be dismissed. Doc. #4.[1] The R&R warned that "[a] party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report … within (14) fourteen days … shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id*. at 2–3. No objection to the R&R was filed.[2]

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'" *Ortiz v. City of S.A. Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)). "[W]here there is no objection, the Court need only determine whether the [R&R] is clearly

---

[1] The document is titled, "Order Granting Motion to Proceed in Forma Pauperis and Recommending Dismissal." Doc. #4 at 1.

[2] A copy of the R&R was mailed to Tucker the day it was filed.

erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes the R&R is neither clearly erroneous nor contrary to law, the R&R [4] is **ADOPTED** as the order of the Court. This case is **DISMISSED without prejudice**.

**SO ORDERED**, this 9th day of March, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**